Superintendent of Insurance of the State of New York, as Liquidator of National Surety Company — Milford Construction Company and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

RUTH H. PIUS and BARNEY PIUS v. DEPOT LANE REALTY Co., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of AARON RICH for a Writ of Habeas Corpus to Determine the Custody of ALAN WARREN RICH, Now Held by BEATRICE RICH KAMINSKY and ABRAHAM KAMINSKY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Executor of the Last Will and Testament and Codicil Thereto of EDWARD W. BROWNING, Deceased, for an Order to Discover Money and Property Withheld, Pursuant to Section 205 of the Surrogate's Court Act. ALEX P. WATTS and Another; TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

LAWRENCE TRIPALDI, an Infant, by JAMES TRIPALDI, His Guardian ad Litem, and JAMES TRIPALDI v. ANTONIO SENNO and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between MIDTOWN REALTY OWNERS' ASSOCIATION, INC., PENN ZONE ASSOCIATION, INC., and LOCAL 164, BUILDING SERVICE EMPLOYEES INTERNATIONAL UNION, A. F. OF L.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ABRAHAM SOMMER, Individually and as Guardian ad Litem of HERBERT SOMMER, an Infant, etc., v. ROBERT B. STEARNS and Others.— Motion for reargument or resettlement denied, with ten dollars costs. Present — Martin, P. J., Glennon Untermyer, Cohn and Callahan, JJ.; Untermyer, J., taking no part.

In the Matter of the Application of ALFRED E. SMITH, JR., and Others, for an Order Adjudging PAUL J. KERN, Individually and as President of the Municipal Civil Service Commission of the City of New York, Guilty of Contempt, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Estate of RACHEL NEWGOLD, Deceased. HARRY NEWGOLD— GABRIEL NEWGOLD and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of DAVID I. WOLFSTEIN and Others v. LOVEMAN, JOSEPH & LOEB.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

HENRY A. NAU v. VULCAN RAIL & CONSTRUCTION COMPANY. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a

stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of ANNA G. PODELL for an Order Pursuant to Article 78 of the Civil Practice Act v. WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York, and Others.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

GIUSEPPE STASI v. ITALIA SOCIETA ANONIMA DI NAVIGAZIONE.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the defendant to answer within five days after service of order on payment of said costs and the costs awarded by the order of this court entered December 20, 1940. [See 260 App. Div. 1015.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of WILLIAM E. THORPE and Others against PAUL J. KERN and Others.— Motion for leave to appeal to the Court of Appeals denied.— Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of Discovery Proceedings under Section 206-a of the Surrogate's Court Act on Behalf of ESTELLE WERNER v. WILLIAM C. REID and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 1000.] Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

FRANK CARMINE v. TERENCE MURPHY and Others, Impleaded with TERENCE MURPHY, Individually and as a Copartner in the Firm of MURPHY & McMORROW. — Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 17.] Motion for reargument denied. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

RUTH H. PIUS and BARNEY PIUS v. DEPOT LANE REALTY CO., INC.— Motion for a stay pending determination of motion for a reargument or for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

MARIE FLANDINA v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 706.] Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. HENRY HUDSON PARKWAY AUTHORITY and Others, Defendants, Impleaded with A. R. LA MURA, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to modify by granting items 2 and 3 of the notice of motion.

## (January 17, 1941.)

In the Matter of the Application of EDWARD M. JAMES for an Order of Prohibition against the DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK and FLORENCE S. JAMES, Respondents. EDWARD M. JAMES, Appellant, v. DOMESTIC